

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00603-CV

HARRIS COUNTY APPRAISAL DISTRICT, Appellant

V.

GRACE BUSINESS INVESTMENTS, LLC, Appellee

Appeal from the 55th District Court of Harris County.  (Tr. Ct. No. 2014-44533).

**TO THE 55TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 1st day of October, 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on July 8, 2015.  After due consideration, the Court **grants** the parties' joint motion to reverse and remand for entry of revised judgment.  Accordingly, the Court **sets aside** the trial court's judgment and **remands** the case to the trial court for rendition of judgment in accordance with the parties' agreement.
>
> The Court **orders** that the appellant, HARRIS COUNTY APPRAISAL DISTRICT, pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered October 6, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

October 16, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

